AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00171 |
| Sally Ann Milavec | ) Assigned to: Judge Upadhyaya, Moxila A. |
| | ) Assign Date: 5/13/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Sally Ann Milavec,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 05/13/2024

*Issuing officer's signature*

City and state:   Washington, D.C.   Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/13/24, and the person was arrested on *(date)* 05/14/24
at *(city and state)* Fredericksburg, TX.

Date: 05/14/24

*Arresting officer's signature*

Chase Dowse, Special Agent
*Printed name and title*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| USA | |
| vs. | Criminal No.: **AU:24-M -00250(1)** |
| (1) Sally Ann Milavec | Date Appeared: 05/14/2024 |
| *Defendant* | Time: 1:44PM-2:06PM (22 minutes) |

## INITIAL APPEARANCE

1. Complaint Filed: 05/13/2024      Warrant Issued: 05/13/2024
   Arrested: 05/14/2024      Agency: FBI

2. COURT PERSONNEL:
   - U.S. Magistrate Judge: MARK LANE
   - Courtroom Deputy: Samantha Landeros
   - Pretrial Officer: Daniel Palomares
   - Interpreter:

3. APPEARANCES:
   - AUSA:
   - DEFT: Jennifer S. Freel

4. PROCEEDINGS:
   a. Age  69   Education  Bachelor's        Gender  Female
   b. Defendant understands proceedings and is mentally competent.    Y
   c. Defendant is informed of constitutional rights.    Y
   d. Defendant understands charges.    Y
   e. If charged on complaint, Defendant informed of right to Preliminary Hearing.    Y
   f. Defendant informed of right to legal counsel.    Y
   
   ___  1) Defendant waives counsel.
   ___  2) Defendant states he/she will retain counsel.
   _X_  3) Defendant states he/she has retained: Jennifer Freel
             Phone No.: _____
   ___  4) Defendant requests appointment of counsel.
         ___ Defendant HAS NOT completed the CJA23 financial affidavit.
             ___ Court will appoint counsel in the interest of justice based on deft's verbal accounting of financial status.
         ___ Defendant HAS completed the CJA23 financial affidavit and the Court will appoint counsel because:
             ___ The defendant is indigent at this time.
             ___ Even though the defendant is not indigent, counsel will be appointed in the interests of justice.
         ___ The Court finds that the defendant is NOT eligible and denies request.

PROCEEDING MEMO - INITIAL APPEARANCE
In Re:  (1) Sally Ann Milavec
Page 2 of 2 Pages

g.  PRE-TRIAL RELEASE:
   1) The Government makes [ ] oral or [X] written motion for detention under 18 USC 3142. Court sets detention hearing for _____
   2) The Court sua sponte moves for detention. The detention hearing is set for _____ at _____
   X  3) The Defendant [ ] is released [X] will be released on the following conditions: See order setting conditions
   Bond is set at $ _____

   *(Check the following that apply:)*

   _____ unsecured                    _____ unsecured with 10% posted to the registry
   _____ cash or corporate            _____ additional sureties
   _____ 3rd party custodian          _____ as set forth in Order Setting Conditions of Release

h.  Temporary Detention issued _____    Preliminary Hearing set for _____

i.  REMOVAL PROCEEDINGS:
   The Defendant is advised of Rule 20 and Rule 5 rights and ....
   _____ 1) The Defendant waives Rule 5(c)(3)(D)(ii) and is detained pending removal to the _____. Detention hearing is to be held in that district.
   X   2) The Defendant waives Rule 5 and is released on bond. The Defendant is ordered to appear in the Initial Appearance by Zoom- District of Columbia, Washington D.C. [ ] on    May 23, 2024 at 12:30 p.m. EST
   or [ ] when notified by the prosecuting district.
   _____ 3) The Defendant is [ ] detained [ ] released on bond and requests Rule 5(c)(3) hearing. The Court sets hearing for _____

j.  Other: _____

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

**FILED**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

MAY 1 4 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
   DEPUTY CLERK

USA §
§ Case Number: AU:24-M-00250(1)
vs. §
§ *Charging District Case No.: 1:24-mj-00171*
(1) Sally Ann Milavec §
*Defendant* §

## Waiver of Rule 5 & 5.1 Hearing
(Complaint/Indictment)

I understand that I have been charged in another district, the District of Columbia- Washington D.C..

I have been informed of the charges and of my rights to:
   (1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
   (2) an identity hearing to determine whether I am the person named in the charges;
   (3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
   (4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
   (5) a hearing on any motion by the government for detention;
   (6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

( ) an identity hearing and production of the warrant.

( ) a preliminary hearing.

( ✓ ) a detention hearing.

( ✓ ) an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
(1) Sally Ann Milavec, *Defendant*

5/14/23
*Date*

_____
Jennifer Freel
*Counsel for Defendant*

AO 199A (Rev. 06/19) Order Setting Conditions of Release     Page 1 of __4__ Pages

# UNITED STATES DISTRICT COURT
for the
## Western District of Texas

FILED
MAY 1 4 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

United States of America )
v. )
)  Case No. **1:24-MJ-00250-ML**
**Sally Ann Milavec** )
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: **U.S. District Court for the District fo Columbia, 333 Constitution Ave NW,**
*Place*
**Washington, D.C. 20001**

on  **5/23/2024 12:30 pm**
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release         Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( )  (6) The defendant is placed in the custody of:
    Person or organization _____
    Address *(only if above is an organization)* _____
    City and state _____   Tel. No. _____
    who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

    Signed: _____
                        *Custodian*                        *Date*

(X)  (7) The defendant must:
(X)    (a) submit to supervision by and report for supervision to the **U.S. Pretrial Services Office**
        telephone number, **(512) 916-5297**, no later than **as directed.**
(  )   (b) continue or actively seek employment.
(  )   (c) continue or start an education program.
(X)    (d) surrender any passport to: **U.S. Pretrial Services.**
(X)    (e) not obtain a passport or other international travel document.
(X)    (f) abide by the following restrictions on personal association, residence, or travel: **No travel outside Gillespie, Travis, Hays, and Williamson counties unless authorized by U.S. Pretrial Services. No foreign travel. May travel to Washington, D.C. except for court purposes.**
(X)    (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: **May have contact with son-in law, Craig Jackson Moore**
(  )   (h) get medical or psychiatric treatment: **if directed by U.S. Pretrial Services.**
(  )   (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
(  )   (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
(X)    (k) not possess a firearm, destructive device, or other weapon.
(  )   (l) not use alcohol ☐ at all ☐ excessively.
(X)    (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(  )   (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
(  )   (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
(  )   (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        ☐ (i) **Curfew.** You are restricted to your residence every day ☐ from _____ to _____, or ☐ as directed by the pretrial services office or supervising officer; or
        ☐ (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        ☐ (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
        ☐ (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
            **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                                Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
- ☐ (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
- ☐ (ii) Voice Recognition; or
- ☐ (iii) Radio Frequency; or
- ☐ (iv) GPS.

( ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

(X) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including questioning, or traffic stops.

(X) (t) **May travel to Washington, D.C. to meet court obligations and prepare defense.**

**ADVICE OF PENALTIES AND SANCTIONS**

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
 (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
 (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
 (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
 (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

**Acknowledgment of the Defendant**

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Sally Ann Milauer_
*Defendant's Signature*

_Austin, Texas_
*City and State*

**Directions to the United States Marshal**

( X ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 05/14/2024

*Judicial Officer's Signature*

Mark Lane, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| USA | § | |
| :--- | :--- | :--- |
| vs. | § § § | Case No:  AU:24-M -00250(1) |
| (1) Sally Ann Milavec | § § | Charging District:  District of Columbia- Washington, D.C.<br>Charging District's Case No.:  1:24-mj-00171 |

# ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | District of Columbia, Washington D.C.- Zoom Hearing: Initial Appearance<br>Meeting ID: 160 014 0355<br>Passcode: 634244 | Courtroom No. N/A<br><br>Date and Time: May 23rd at 12:30 p.m. EST |
| :--- | :--- | :--- |

    The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  May 14, 2024

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CRIMINAL DOCKET FOR CASE #: 1:24-mj-00250-ML-1

Case title: USA v. Milavec

Date Filed: 05/14/2024

Other court case number: 1:24-mj-00171 District of Columbia-Washington DC

Date Terminated: 05/14/2024

Assigned to: Judge Mark Lane

**Defendant (1)**

**Sally Ann Milavec**
*TERMINATED: 05/14/2024*

represented by **Jennifer S. Freel**
Jackson Walker
100 Congress Ave., Suite 1100
Austin, TX 78701
512-739-8414
Fax: 512-236-2002
Email: jfreel@jw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and 40 U.S.C. | |

§ 5104(e)(2)(G) - Parading, Demonstrating,
or Picketing in a Capitol Building.

**Plaintiff**

**USA**                                    represented by  **Keith Mason Henneke**
                                                            U.S. Attorney's Office
                                                            Western District of Texas
                                                            903 San Jacinto Blvd., Suite 334
                                                            Austin, TX 78701
                                                            512-370-1291
                                                            Email: Keith.Henneke@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2024 | 1 | Arrest (Rule 5/Rule 32.1) of Sally Ann Milavec (kkt) (Main Document 1 replaced on 5/14/2024) (kkt). (Main Document 1 replaced on 5/14/2024) (kkt). (Main Document 1 replaced on 5/14/2024) (kkt). (Entered: 05/14/2024) |
| 05/14/2024 | 2 | NOTICE OF ATTORNEY APPEARANCE: Jennifer S. Freel appearing for Sally Ann Milavec . Attorney Jennifer S. Freel added to party Sally Ann Milavec(pty:dft) (Freel, Jennifer) (Entered: 05/14/2024) |
| 05/14/2024 |   | Arrest of Sally Ann Milavec (kkt) (Entered: 05/14/2024) |
| 05/14/2024 | 3 | Minute Entry for proceedings held before Judge Mark Lane:Initial Appearance in Rule 5(c)(3) Proceedings as to Sally Ann Milavec held on 5/14/2024 (Minute entry documents are not available electronically.) (Court Reporter FTR Gold.) (kkt) (Entered: 05/14/2024) |
| 05/14/2024 | 4 | WAIVER - Rule 5 & Rule 5.1 Hearing as to Sally Ann Milavec. (kkt) (Entered: 05/14/2024) |
| 05/14/2024 | 5 | ORDER Setting Conditions of Release. Motions terminated:. Signed by Judge Mark Lane. (kkt) (Entered: 05/14/2024) |
| 05/14/2024 | 6 | ORDER Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail as to Sally Ann Milavec. Signed by Judge Mark Lane. (kkt) (Entered: 05/14/2024) |
| 05/14/2024 | 7 | Notice to of a Rule 5 Appearance as to Sally Ann Milavec. Your case number is: 1:24-mj-00171. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to TXWD_ECF_help@txwd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (kkt) (Entered: 05/14/2024) |