IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) )  ) Criminal No. 24-mj-00171-MAU |
| v. | ) ) |
| **SALLY ANN MILAVEC**, | ) ) |
| **Defendant**. | ) ) |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Defendant Sally Ann Milavec, by and through the undersigned counsel, and pursuant to Local Criminal Rule 44.1(c) of the Local Criminal Rules for the United States District Court for the District of Columbia, and requests this Court permit the admission of Ryan W. Gertz and The Gertz Kelley Law Firm as *pro hac vice* counsel in the above-captioned matter.

This motion is supported by the declaration of Ryan W. Gertz, attached hereto. As set forth in Mr. Gertz's declaration, he is admitted and an active member in good standing in the State of Texas as well as the Southern and Eastern Districts of Texas and the United States Circuit Court of Appeals for the Fifth Circuit. A Certificate of Good Standing from the State of Texas dated May 20, 2024, is also attached hereto.

Dated: May 21, 2024          Respectfully submitted,

                                                  */s/ Stanley E. Woodward, Jr.*
                                       Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                                       BRAND WOODWARD LAW, LP
                                       400 Fifth Street, Northwest, Suite 350
                                       Washington, DC 20001
                                       202-996-7447 (telephone)
                                       202-996-0113 (facsimile)
                                       Stanley@BrandWoodwardLaw.com

**CERTIFICATE OF SERVICE**

On May 21, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification to all parties of record.

                                            */s/ Stanley E. Woodward, Jr.*
                                Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                                BRAND WOODWARD LAW, LP
                                400 Fifth Street, Northwest, Suite 350
                                Washington, DC  20001
                                202-996-7447 (telephone)
                                202-996-0113 (facsimile)
                                Stanley@BrandWoodwardLaw.com