IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) )  ) Criminal No. 24-mj-00171-MAU |
| v. | ) ) |
| **SALLY ANN MILAVEC**, | ) ) |
| **Defendant**. | ) ) |

### [PROPOSED] ORDER

Upon consideration of Defendant Sally Ann Milavec's Motion for Admission of Attorney Ryan W. Gertz and The Gertz Kelley Law Firm as *pro hac vice* counsel in the above-captioned matter, it is this _____ day of May, 2024, hereby:

ORDERED that the Motion is GRANTED.

SO ORDERED.

                                               The Honorable Moxila A. Upadhyaya
                                         United States District Court Magistrate Judge