## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **CASE NO. 1:24-MJ-00171-MAU** |
| § | |
| **SALLY ANN MILAVEC** § | |

### NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE:**

I wish to enter my appearance as retained counsel for Defendant Sally Ann Milavec in this cause.

I understand that it is my duty to continue to represent Sally Ann Milavec in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Dated: May 22, 2024

Respectfully submitted,

THE GERTZ KELLEY LAW FIRM
Attorneys at Law
2630 Liberty
Beaumont, Texas 77702
P: (409) 833-6400
F: (409) 833-6401
E: rgertz@gertzlawyers.com

*/s/ Ryan W. Gertz*
_____
RYAN W. GERTZ
STATE BAR NUMBER: 24048489
Attorney for SALLY ANN MILAVEC

## **CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF on May 22, 2024.

/s/ *Ryan W. Gertz*

_____

Ryan W. Gertz