UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Case No. 24-MJ-171(MAU) |
| | * |
| CRAIG JACKSON MOORE, | * |
| | * |
| Defendant. | * |

MOTION TO APPEAR *PRO HAC VICE*

COMES NOW, the Defendant, CRAIG JACKSON MOORE, pursuant to Local Criminal Rule 44.1(c) & (d), and moves for the admission and appearance of attorney Edmund Milton Davis *pro hac vice* in the above-captioned case. This motion is supported by the Declaration of attorney Davis and a certificate of good standing filed herewith. *See* Exhibits 1 & 2. As set forth in his declaration, he is admitted and an active member in good standing in the following courts and bars:

1. The United States District Court for Western District of Texas, the State of Texas and the Fifth Circuit Court of Appeals.

This motion is supported and signed by Kira Anne West, an active and sponsoring member of the Bar of this Court.

Respectfully submitted,

/s/ *Kira Anne West*
Kira Anne West
DC Bar No. 993523
712 H Street, N.E., Unit #509
Washington, D.C. 20002
(202) 236-2042
kiraannewest@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 24-MJ-171(MAU) |
| ) | |
| ) | |
| ) | |
| CRAIG JACKSON MOORE, ) | |
|         Defendant. ) | |

## **ORDER**

    Pending before the Court is the motion of defendant Craig Jackson Moore seeking admission of his attorney, Edmund Milton Davis, for admission to this Court *pro hac vice* with support from attorney Kira Anne West, a member in good standing in this Court. Upon consideration of the motion, finding it meritorious, the Court grants attorney Davis *pro hac vice* admission to this Court. Attorney Davis shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, attorney Davis is permitted to execute all pleadings in this case without the necessity of Attorney Kira Anne West being required to also execute all pleadings in this case

    SO ORDERED this _____ day of _____, 2024.

                                                                                                       _____
                                                                                                       Moxila A. Upadhyaya
                                                                                                       United States Magistrate Judge

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing Motion and order was filed electronically using the CM/ECF system and thus delivered to the parties of record and pursuant to the rules of the Clerk of Court.

 This the 23rd day of May , 2024.

        /s/*Kira Anne West*
        KIRA ANNE WEST